Oaxaco El Bey
2020 Cleveland Ave.
Kansas City, Missouri 64133
RealBlackGod240@hotmail.com
(816) 651-3907

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MISSOURI

## WESTERN DIVISION

| | |
|---|---|
| OAXACO EL BEY, | ) Case No.: 14-0820-CV-W-FJG |
| | ) |
| Plaintiff, | ) **NOTICE** |
| | ) |
| vs. | ) |
| | ) |
| RECEIVABLES PERFORMANCE | ) |
| | ) |
| MANAGEMENT,LLC, | ) |
| | ) |
| Defendant | ) |
| | ) |

## NOTICE IN RESPONSE TO THE COURTS ORDER TO SHOW CAUSE

Plaintiff was not served with Defendants MOTION TO DISMISS, filed on September 23,

2014 nor any other MOTION TO DISMISS filed by Defendant. Plaintiff have only received

from Defendant 2 copies of Defendants NOTICE OF REMOVAL filed in Federal Court (Case

No. 4:14-cv-820) on September 16, 2014, 2 copies of Defendants NOTICE OF REMOVAL field

in State Court (Case No:1416-CV18252) and 2 copies of Defendants LR 3.1 AND FRCP 7.1

NOTIFICATION OF AFFILIATES AND COPORATE DISCLOSURE STATEMENT, filed on

September 16, 2014.

NOTICE - 1

This is the reason why Plaintiff have not filed a response to Defendants MOTION TO DISMISS, Plaintiff was not aware of this motion being filed. Plaintiff have obtained a copy from Pacer.gov but Plaintiff will not consider that a form of Service of Defendants MOTION TO DISMISS. Plaintiff will however prepare a response as the Court ordered if the Court still deems it necessary at the time given to file such response.

Date: October 24, 2014

Oaxaco El Bey

NOTICE - 2

# CERTIFICATE OF SERVICE

I hereby certify that on _October 24, 2014_ that the above document styled Notice in Response to Courts Order to Show Cause was hand delivered to the Court and served upon the Attorney for Defendant named below by US First Class Mail;

Ryan T. Brown (MO#62336 – Pro Hac Vice)
GORDON & REES LLP
One North Franklin
Suite 800
Chicago, IL 60606
*Attorney for Defendant*
*Receivables Performance Management, LLC*


Date: October 24, 2014


Oaxaco El Bey

NOTICE - 3

RECEIVED

14 OCT 24  AM 11:44

CLERK U.S. DIST. COURT
W. DT. DIST. OF MO.
KANSAS CITY, MO.