**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| OAXACO EL BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | ) ) ) | Case No.: 4:14-cv-820 |
| | ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2014, I sent a copy of *Defendant's Rule 26(a)(1) Initial Disclosure,* via regular mail, postage prepaid, addressed to the following:

*Plaintiff Oaxaco El Bey
2020 Cleveland Ave.
Kansas City, MO 64127*

Respectfully submitted,

By: /s/ Angelo J. Kappas
Angelo J. Kappas
GORDON & REES LLP
One North Franklin
Suite 800
Chicago, IL 60606
akappas@gordonrees.com
Telephone: (312) 565-1400
Fax: (312) 565-6511
*Attorney for Defendant
Receivables Performance Management, LLC*

1098962/21580595v.1