

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY, MISSOURI 64106

OFFICIAL BUSINESS

NIXIE        641    EE  1009       7203/23/15
           RETURN TO SENDER
           ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
BC: 64106                *2060-00105-09-44

Oaxaco El Bey
2020 Cleveland Avenue
Kansas City, MO 64127

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| OAXACO EL BEY,<br>Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE<br>MANAGEMENT, LLC,<br>Defendant. | Case No. 14-0820-CV-W-FJG |

## ORDER

This case was reported settled on February 17, 2015. As of the date of this Order, the parties have not yet filed a stipulation of dismissal. Therefore, in order to properly monitor its docket, the Court **ORDERS** the parties to file on ECF on or before **MARCH 27, 2015**, a stipulation of dismissal or a status report regarding finalization of the settlement.

**IT IS FURTHER ORDERED** that the Clerk of the Court send a copy of this order via regular and certified mail to Plaintiff at the following address: Oaxaco El Bey, 2020 Cleveland Ave., Kansas City, MO 64127.

**IT IS SO ORDERED.**

Date: March 6, 2015          /s/ **FERNANDO J. GAITAN, JR.**
Kansas City, Missouri        Fernando J. Gaitan, Jr.
                             United States District Judge